# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### UNITED STATES COURTHOUSE
### 312 N. SPRING STREET
### LOS ANGELES, CALIFORNIA 90012
### (213)894-5290

CHAMBERS OF
**A. HOWARD MATZ**
UNITED STATES DISTRICT JUDGE

May 10, 2006

RECEIVED 2006 MAY 15 · P 3: 18 FINANCIAL DISCLOSURE OFFICE

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

*Re: Annual Financial Disclosure Report for Year 2005*

Dear Judge Smith:



It is not possible for me to place any given year's entry on the same numbered line as that entry was placed the previous year. To assist the Committee, however, I have completed a cross-reference chart, as follows.

## AGGREGATE ACCOUNT IDENTIFICATION

| | Account | 5/15/05 for 2004 Lines | 5/15/06 for 2005 Lines |
|---|---|---|---|
| 1. | TRUST ONE | 128-159 | 134-169 |
| 2. | TRUST TWO | 194-214 | 193-216 |
| 3. | TRUST THREE | 1-111 | 1-116 |
| 4. | TRUST FOUR | 215-219 | 217-220 |
| 5. | TRUST FIVE | 220-221 | 221-222 |
| 6. | TRUST SIX | 222 | 223 |
| 7. | IRAS 1 AND 2 | 112-127 | 117-133 |

| | Account | 5/15/05 for 2004 Lines | 5/15/06 for 2005 Lines |
|---|---|---|---|
| 8. | IRA ROLLOVER | 160-193 | 170-192 |
| 9. | ISRAEL BONDS | 224 | 225 |
| 10. | TIAF-CREF | 223 | 224 |

Certain mutual funds listed in Trust One and IRA Rollover Account have more than one entry either because there was more than one transaction or because it was a "holdover" asset, the size or amount of which was increased during 2005.

The entry on line 198 for Contra Costa refers to a redemption. This is a bond that was "called" in part; I still own other portions of it.

The entry on line 214 for Hercules reflects the redemption of what I believe is the final portion of a bond that was not entered on last year's form, apparently because of a mistake. Line 172 of my report dated 5/10/04 reported the redemption of that bond. Evidently, it was only a partial redemption.

The entry on line 216 for Calif. HFA correctly reflects that I bought another bond issued by that entity, after selling a different bond issued by that entity on 1/18.

I trust that the AO-10 report is in order. Thank you.

Very truly yours,



A. Howard Matz

AHM:cmf
Enclosure

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Matz, A. Howard | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring St., Room 170<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustor and Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 3:18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Salary paid ▮▮▮▮▮▮▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 3 | F | Dividend | P1 | T | | | | | |
| 2. ADC Telecommunications Inc. Common | | | | | Reverse Spli | 5/10 | J | | |
| 3. American International Group Inc. Common | | | | | Buy | 12/16 | J | | |
| 4. American Electric Power Co. Inc. Common | | | | | | | | | |
| 5. American Tower System Corp. | | | | | Buy | 12/21 | J | | |
| 6. Avnet Inc. Common | | | | | Sell | 5/26 | J | A | |
| 7. Bank of America Corp. Common | | | | | | | | | |
| 8. Bernstein Emerging Markets | | | | | Sell | 2/11 | J | A | |
| 9. Bernstein Emerging Markets | | | | | Sell | 2/11 | J | B | |
| 10. Bernstein Emerging Markets | | | | | Sell | 2/11 | J | B | |
| 11. Bernstein Emerging Markets | | | | | Sell | 2/11 | J | B | |
| 12. Bernstein Tax-Managed | | | | | | | | | |
| 13. BP Amoco Plc Common | | | | | | | | | |
| 14. Burlington Northern Santa Fe Common | | | | | | | | | |
| 15. Celestica Inc. | | | | | Buy | 12/22 | J | | |
| 16. Chevron Texaco Corp. Common | | | | | Sell | 1/7 | J | A | |
| 17. Citigroup Inc. Common | | | | | Buy | 1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup Inc. Common | | | | | Buy | 8/4 | J | | |
| 19. Clorox Company | | | | | Buy | 9/22 | J | | |
| 20. Comcast Corporation | | | | | Sell | 12/13 | J | A | |
| 21. Conoco Phillips Common | | | | | Sell | 9/8 | J | D | |
| 22. Conoco Phillips Common | | | | | Stock Div | 6/2 | J | | |
| 23. Constellation Energy Group Inc. Common | | | | | | | | | |
| 24. Cooper Industries Ltd. Common | | | | | | | | | |
| 25. Cooper Tire & Rubber Co. Common | | | | | | | | | |
| 26. Electronic Data Systems | | | | | Buy | 12/16 | J | | |
| 27. Eli Lilly & Co. | | | | | Buy | 7/15 | J | | |
| 28. Entergy Corp. New Common | | | | | | | | | |
| 29. Exxon Mobil Corp. | | | | | Buy | 7/29 | J | | |
| 30. Exxon Mobil Corp. | | | | | Buy | 12/16 | J | | |
| 31. Federal Home Loan Mortgage Common | | | | | Buy | 12/16 | J | | |
| 32. Federal National Mortgage Assn. Common | | | | | Buy | 1/11 | J | | |
| 33. Federal National Mortgage Assn. Common | | | | | Buy | 3/23 | J | | |
| 34. Federal National Mortgage Assn. Common | | | | | Buy | 10/27 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Matz, A. Howard | | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federal National Mortgage Assn. Common | | | | | Sell | 11/28 | J | A | |
| 36. Federated Department Stores | | | | | Sell | 1/21 | J | B | |
| 37. Federated Department Stores | | | | | Sell | 7/28 | J | C | |
| 38. Flextronics International Common | | | | | Buy | 10/27 | J | | |
| 39. Flextronics International Common | | | | | Sell | 11/28 | J | A | |
| 40. General Electric Co. Common | | | | | Buy | 1/11 | J | | |
| 41. Genworth Financial Inc. | | | | | Buy | 9/22 | J | | |
| 42. Glaxo Plc-Sponsored Adr | | | | | Sell | 1/7 | J | A | |
| 43. Glaxo Plc-Sponsored Adr | | | | | Sell | 3/14 | J | A | |
| 44. Glaxo Plc-Sponsored Adr | | | | | Sell | 3//14 | J | B | |
| 45. Globalsantalo Corp. | | | | | Buy | 6/6 | J | | |
| 46. Hartford Financial Services Common | | | | | | | | | |
| 47. HCA-Healthcare Co. Common | | | | | | | | | |
| 48. Hewlett Packard Co. Common | | | | | Sell | 9/7 | J | C | |
| 49. Hubbell Inc. Class B | | | | | Buy | 2/24 | J | | |
| 50. Ingram Micro Inc.-Cl A | | | | | Sell | 7/29 | J | B | |
| 51. Intel Corp. | | | | | Buy | 9/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | P2 =$5,000,001 - $25,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel Corp. | | | | | Buy | 12/16 | J | | |
| 53. Interpublic Group of Cos. Inc. | | | | | Buy | 2/15 | J | | |
| 54. Interpublic Group of Cos. Inc. | | | | | Buy | 10/28 | J | | |
| 55. Interpublic Group of Cos. Inc. | | | | | Sell | 11/28 | J | · A | |
| 56. JP Morgan Chase & Co. Common | | | | | | | | | |
| 57. Jones Apparel Group Inc. Common | | | | | Buy | 10/27 | J | | |
| 58. Jones Apparel Group Inc. Common | | | | | Sell | 12/1 | J | A | |
| 59. Kroger Co. Common | | | | | Buy | 12/16 | J | | |
| 60. Lear Corp. Common | | | | | | | | | |
| 61. Lehman Brothers Holdings Inc. Common | | | | | Sell | 6/30 | J | C | |
| 62. Lehman Brothers Holdings Inc. Common | | | | | Sell | 9/6 | J | B | |
| 63. Limited Inc. | | | | | Buy | 12/12 | J | | |
| 64. Liz Claiborne Inc. | | | | | Sell | 1/7 | J | B | |
| 65. Magna International Inc. Common | | | | | | | | | |
| 66. Martin Marietta Materials Inc. | | | | | Buy | 2/18 | J | | |
| 67. McDonalds Corp. Common | | | | | | | | | |
| 68. Meadwestvaco Corp. | | | | | Sell | 7/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Medco-Health Solutions Inc. Common | | | | | | | | | |
| 70. Merck & Co. Inc. | | | | | Buy | 12/19 | J | | |
| 71. Merrill Lynch & Co. Inc. | | | | | Buy | 9/15 | J | | |
| 72. Merrill Lynch & Co. Inc. | | | | | Sell | 9/21 | J | A | |
| 73. Metlife Inc. Common | | | | | | | | | |
| 74. Microsoft Corp. Common | | | | | | | | | |
| 75. MI Developments Inc. Common | | | | | | | | | |
| 76. National City Corp. Common | | | | | Sell | 7/26 | J | C | |
| 77. Noble Corp. | | | | | Buy | 5/31 | J | | |
| 78. Noble Corp. | | | | | Buy | 10/20 | J | | |
| 79. Norfolk Southern Corp. Common | | | | | Sell | 1/18 | J | C | |
| 80. Norflok Southern Corp. Common | | | | | Sell | 9/1 | J | C | |
| 81. Nortel Networks Corp. Common | | | | | | | | | |
| 82. Occidential Petroleum Corp. Common | | | | | | | | | |
| 83. Office Depot Inc. | | | | | Buy | 2/11 | J | | |
| 84. Pepsico Inc.-North Carolina Common | | | | | | | | | |
| 85. Proctor & Gamble Co. Common | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Renaissancere Holdings Ltd. Common | | | | | Buy | 9/1 | J | | |
| 87. Safeway Inc. Common | | | | | Buy | 12/16 | J | | |
| 88. Smurfit-Stone Container Corp. Common | | | | | Buy | 10/24 | J | | |
| 89. Smurfit-Stone Container Corp. Common | | | | | Sell | 11/29 | J | A | |
| 90. Solectron Corp. | | | | | Sell | 10/24 | J | A | |
| 91. Solectron Corp. | | | | | Sell | 10/24 | J | A | |
| 92. Solectron Corp. | | | | | Sell | 10/24 | J | A | |
| 93. Sprint Corp. Common | | | | | | | | | |
| 94. St. Paul Companies Inc. | | | | | Buy | 7/12 | J | | |
| 95. Suntrust Banks Inc. | | | | | Sell | 5/25 | J | A | |
| 96. Suntrust Banks Inc. | | | | | Sell | 8/31 | J | A | |
| 97. Supervalu Inc. Common | | | | | | | | | |
| 98. Target Corp. Common | | | | | | | | | |
| 99. Tech Data Corp. Common | | | | | | | | | |
| 100. Tellabs Inc. | | | | | Sell | 10/25 | J | A | |
| 101. Tellabs Inc. | | | | | Sell | 10/25 | J | A | |
| 102. Time Warner Inc. Common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Torchmark Corp. | | | | | Sell | 4/18 | J | A | |
| 104. Torchmark Corp. | | | | | Sell | 8/31 | J | A | |
| 105. Torchmark Corp. | | | | | Sell | 11/21 | J | B | |
| 106. Toyota Motor Corp. Adr New | | | | | Buy | 10/18 | J | | |
| 107. Unilever NV common | | | | | | | | | |
| 108. VF Corp | | | | | Sell | 1/17 | J | B | |
| 109. VF Corp | | | | | Sell | 1/7 | J | C | |
| 110. Wachovia Corp. 2nd New Common | | | | | | | | | |
| 111. Wisconsin Energy Corp. Common | | | | | | | | | |
| 112. XL Capital Ltd-Cl A | | | | | | | | | |
| 113. Bernstein California Municipal | | | | | Sell | 1/7 | J | A | |
| 114. Bernstein California Municipal | | | | | Sell | 4/8 | J | A | |
| 115. Bernstein California Municipal | | | | | Sell | 7/8 | J | A | |
| 116. Bernstein California Municipal | | | | | Sell | 10/5 | J | A | |
| 117. IRAs ONE AND TWO | D | Dividend | M | T | | | | | |
| 118. Bernstein International | | | | | Buy | 3/10 | J | | |
| 119. Bernstein International | | | | | Buy | 12/7 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | U =Book Value | V =Other | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bernstein International | | | | | Buy | 12/12 | J | | |
| 121. Bernstein International | | | | | Sell | 1/7 | J | A | |
| 122. Bernstein International | | | | | Sell | 4/8 | J | A | |
| 123. Bernstein International | | | | | Sell | 7/8 | J | A | |
| 124. Bernstein International | | | | | Sell | 10/5 | J | A | |
| 125. Bernstein Emerging Markets | | | | | | | | | |
| 126. Bernstein International | | | | | Buy | 3/10 | J | | |
| 127. Bernstein International | | | | | Buy | 12/7 | J | | |
| 128. Bernstein International | | | | | Buy | 12/12 | J | | |
| 129. Bernstein International | | | | | Sell | 1/7 | J | A | |
| 130. Bernstein International | | | | | Sell | 4/8 | J | A | |
| 131. Bernstein International | | | | | Sell | 7/8 | J | A | |
| 132. Bernstein International | | | | | Sell | 10/5 | J | A | |
| 133. Bernstein Emerging Markets | | | | | | | | | |
| 134. TRUST NO. ONE | D | Dividend | M | T | | | | | |
| 135. AT&T Corp. | | | | | | | | | |
| 136. Agere | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Comcast | | | | | | | | | |
| 138. Lucent | | | | | | | | | |
| 139. Walt Disney | | | | | | | | | |
| 140. Schwab One Money Market | | | | | | | | | |
| 141. Dodge & Cox Stock | | | | | | | | | |
| 142. Harbor Capital Appreciation | | | | | Sell | 3/15 | J | B | |
| 143. Selected American Shares | | | | | | | | | |
| 144. Calamos Growth | | | | | | | | | |
| 145. ICM Small Company Port | | | | | | | | | |
| 146. Pimco Emerging Co. (Now Allianz CCM Emg Cos) | | | | | | | | | |
| 147. Artisan Int'l | | | | | | | | | |
| 148. MS Emerging Market | | | | | | | | | |
| 149. MS Int'l Equity | | | | | | | | | |
| 150. Tweedy Browne Global Value | | | | | | | | | |
| 151. Cohen & Steers Realty | | | | | | | | | |
| 152. Merger Fund | | | | | | | | | |
| 153. Northeast Investors | | | | | Sell | 5/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Caldwell & Orkin Mkt. Opp | | | | | Sell | 6/22 | J | A | |
| 155. Caldwell & Orkin Mkt. Opp | | | | | Sell | 9/13 | J | A | |
| 156. JP Morgan Mid Cap Value | | | | | | | | | |
| 157. Ivy Glb Nat. Resources | | | | | | | | | |
| 158. Cohen & Steers Realty | | | | | Sell | 3/15 | J | A | |
| 159. Calamos Growth | | | | | Buy | 3/18 | J | | |
| 160. Artisan Int'l | | | | | Buy | 3/15 | J | | |
| 161. Dodge & Cox Stock Fund | | | | | Buy | 3/15 | J | | |
| 162. MS Int'l Equity | | | | | Buy | 3/15 | J | | |
| 163. Ivy Global Nat'l Resources | | | | | Buy | 3/15 | J | | |
| 164. Calamos Growth | | | | | Buy | 3/21 | J | | |
| 165. Caldwell & Orkin Mkt. Opp. | | | | | Buy | 3/15 | J | | |
| 166. Hussman Strategic Growth | | | | | Buy | 6/23 | J | | |
| 167. Hussman Strategic Growth | | | | | Buy | 9/14 | J | | |
| 168. Pimco All Asset | | | | | Buy | 5/10 | J | | |
| 169. Chesapeake Core Growth | | | | | Buy | 3/16 | J | | |
| 170. IRA ROLLOVER | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Dodge & Cox Stock | | | | | | | | | |
| 172. Fidelity Advisor Eq. Growth | | | | | Sell | 3/17 | L | A | |
| 173. Selected American Shares | | | | | | | | | |
| 174. Calamos Growth | | | | | | | | | |
| 175. ICM Small Company Port. | | | | | | | | | |
| 176. Pimco Emerging Companies (Now Allianz CCM Emg. Cos) | | | | | | | | | |
| 177. Artisian Int'l | | | | | | | | | |
| 178. MS Emerging Market | | | | | | | | | |
| 179. MS Int'l Equity | | | | | | | | | |
| 180. Tweedy Browne Global Value | | | | | | | | | |
| 181. Caldwell & Orkin Mkt Opportunity | | | | | Sell | 5/2 | J | A | |
| 182. Cohen & Steers Realty | | | | | | | | | |
| 183. Merger Fund | | | | | | | | | |
| 184. Northeast Investors | | | | | Sell | 5/9 | L | C | |
| 185. Schwab Money Market | | | | | | | | | |
| 186. JP Morgan Mid Cap Value | | | | | | | | | |
| 187. Ivy Gbl Nat. Resources | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal   V =Other   T =Cash Market
   U =Book Value   S =Assessment
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. UM Multi Strategy Fund | | | | | | | | | |
| 189. Cohen & Steers Realty Shares | | | | | Sell | 4/29 | J | A | Partial |
| 190. Chesapeake Core Growth | | | | | Buy | 3/18 | L | | |
| 191. Hussman Strategic Growth | | | | | Buy | 5/3 | J | | |
| 192. Pimco All Asset | | | | | Buy | 5/10 | L | | |
| 193. TRUST NO. TWO | E | Interest | O | T | | | | | |
| 194. Oppenheimer M/M | | | | | | | | | |
| 195. Whittier CA Bond | | | | | | | | | |
| 196. Calif HFA Bond | | | | | Sell | 1/18 | K | A | |
| 197. Cal St. Pubs Bond | | | | | | | | | |
| 198. Contra Costa CA Bond | | | | | Redemption | 10/18 | J | B | Partial |
| 199. Hayward CA Bond | | | | | | | | | |
| 200. Hollister CA Bond | | | | | | | | | |
| 201. Pasadena CA Bond | | | | | | | | | |
| 202. San Bernardino Bond | | | | | | | | | |
| 203. San Luis Obispo CA Bond | | | | | | | | | |
| 204. Torrance CA Bond | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other
U =Book Value    S =Assessment
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Capistrano CA Bond | | | | | | | | | |
| 206. Pomona CA Bond (Purchase 2004) | | | | | | | | | |
| 207. Pomona CA Bond (Purchase 2003) | | | | | | | | | |
| 208. Paramount CA Bond | | | | | | | | | |
| 209. Bonita Canyon CA Bond | | | | | | | | | |
| 210. Cerritos CA Bond | | | | | | | | | |
| 211. Willis CA Bond | | | | | | | | | |
| 212. Vernon CA Bond | | | | | | | | | |
| 213. Calif. St. Dept Wtr Bond | | | | | Sell | 12/1 | K | A | |
| 214. Hercules CA Bond | | | | | Redemption | 12/1 | J | A | |
| 215. Cupertino CA Bond | | | | | Buy | 12/14 | K | | |
| 216. Calif HFA (Purchase 2005) | | | | | Buy | 2/18 | K | | |
| 217. TRUST NO. FOUR | B | Dividend | L | T | | | | | |
| 218. General Electric | | | | | | | | | |
| 219. Verizon | | | | | | | | | |
| 220. SBS Money Fund | | | | | | | | | |
| 221. TRUST NO. FIVE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Washington Mutual Savings | | | | | | | | | |
| 223. TRUST NO. SIX | B | Interest | K | T | | | | | |
| 224. TIAA-CREF | C | Interest | N | T | | | | | |
| 225. Israel Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, A. Howard | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date May 10, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544